IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **EDNA RHODES,** : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 3:04-CV-108 (CAR) |
| : | |
| **JO ANNE B. BARNHART,** : | |
| Commissioner of Social Security, : | |
| Defendant. : | |

**O R D E R**

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request, with Plaintiff's consent, to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded. On remand, the ALJ will reevaluate the medical evidence of record, especially the opinions of Plaintiff's treating physicians who diagnosed Plaintiff with fibromyalgia, to determine if Plaintiff has any "severe" impairments. If necessary, the ALJ should re-contact Dr. Edelson to determine if his opinions support a finding of a severe impairment. Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of August, 2005.

s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LTH