```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA


                                    *
          Plaintiff                 *
                                       Case Number:
vs.                                 *

JO ANNE B. BARNHART                 *
Commissioner of Social Security,
                                    *
          Defendant
_____         *
```

## J U D G M E N T

Pursuant to this Court's Order dated _____ and for the reasons stated therein, JUDGMENT is hereby entered reversing the decision of the Commissioner of Social Security with remand pursuant to sentence four of 42 U.S.C. § 405(g) and in compliance with Rule 58 and/or Rule 79(a) of the Federal Rules of Civil Procedure.

This

                            Gregory J. Leonard, Clerk


                            Deputy Clerk